UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHARLES KENNEDY,

                              *Plaintiff,*

    -against-

JOSHUA PETERS and THOMAS KOZIOL,

                             *Defendants.*

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

23-CV-00195

DNH/TWD

---

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendants Joshua Peters and Thomas Koziol pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 30, 2024

*[signature: Charles Kennedy]*

Charles Kennedy
*Pro Se* Plaintiff
Oneida County Correctional Facility
6075 Judd Road
Oriskany, NY 13424

Dated: September 26, 2024

*[signature: Thomas A. Cullen]*

Thomas A. Cullen
NEW YORK STATE OFFICE OF THE
ATTORNEY GENERAL
Bar Roll No. 517110
The Capitol
Albany, NY 12224
T: (518) 776-2579
Thomas.Cullen@ag.ny.gov
*Attorney for Defendants*

IT IS SO ORDERED:

*[signature: David N. Hurd]*
David N. Hurd
U.S. District Judge

Dated: 10-11-2024